**Appeal Dismissed and Memorandum Opinion filed March 14, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00931-CV

---

## DERRICK REED, Appellant

## V.

## NYANZA MOORE AND FRIENDS OF NYANZA DAVIS MOORE, Appellees

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 106805-CV**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 26, 2022. The notice of appeal was filed December 21, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On February 16, 2023, this court ordered appellant to pay the appellate filing fee on or before February 16, 2023, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order.

Additionally, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 24, 2023, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On February 16, 2023, appellant was ordered to provide this court with proof of payment for the record on or before February 27, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.